**Amended**

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

AO-10
Rev. 1/2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Camp, Jack T | 2. Court or Organization<br><br>U.S. District Ct, Northern GA | 3. Date of Report<br><br>8/29/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Active | 5. ReportType (check appropriate type)<br><br>○ Nomination,   Date<br><br>○ Initial   ● Annual   ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>18 Greenville Street<br>P.O. Box 939<br>Newnan, GA 30264 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Partner (1/4 interest) | Greison Trail Joint Venture, Newnan, GA ███ |
| 2. Partner (1/3 interest) | Nautilus Joint Venture, Newnan, GA ███ |
| 3. Partner (17% interest) | Handy Land & Timber, F.L.L.P., Newnan, GA ███ |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

2005 SEP -6 P 3: 22 RECEIVED FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Ms. Wilma Wilson | Mortgage on Nautilus Joint Venture Properties | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 8/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AT&T (common stock) | A | Dividend | J | T | | | | | |
| 2. AT&T Wireless (Cingular) | A | Dividend | J | T | | | | | |
| 3. Bell South (common stock) | A | Dividend | J | T | | | | | |
| 4. Boeing (common stock) | A | Dividend | J | T | | | | | |
| 5. Comcast | A | Dividend | J | T | | | | | |
| 6. Deere & Co. (common stock) | A | Dividend | J | T | | | | | |
| 7. Lucent Technologis (common stock) | A | Dividend | J | T | | | | | |
| 8. Rockwell (common stock) | A | Dividend | K | T | | | | | Increase in market value |
| 9. SBC Communications (common stock) | A | Dividend | K | T | | | | | |
| 10. QWest, formerly known as U.S. West (common stock) | A | Dividend | J | T | | | | | |
| 11. Verizon, formerly Bell Atlantic | A | Dividend | K | T | | | | | Increase in market value |
| 12. Vodaphone | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. INVEST FINANCIAL (CMA ACCOUNT) | | | | | | | | | |
| 15. Prime Fund - Capital Reserves (Money Market) | A | Interest | J | T | | | | | |
| 16. Aegon NV | A | Dividend | J | T | | | | | |
| 17. BB&T Corp. | D | Dividend | L | T | Sell | 03/15 | J | D | Partial sale |
| 18. Du Pont E I De Mours & Co. | A | Dividend | | | Sell | 06/18 | | | Total sale |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 8/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Synovus Finl. Corp. | B | Dividend | M | T | Sell | 06/28 | J | | Partial sale |
| 20. | | | | | | | | | |
| 21. INVEST FINANCIAL (IRA) | | | | | | | | | |
| 22. Prime Fund - Capital Reserves (Money Market) | A | Interest | J | T | | | | | |
| 23. S&P 500 | A | Dividend | J | T | | | | | |
| 24. Caterpillar, Inc. | A | Dividend | J | T | | | | | |
| 25. Scudder Dreman High Return Class | A | Dividend | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. INVEST FINANCIAL (ROLLOVER IRA) | | | | | | | | | |
| 28. Prime Fund - Capital Reserves (Money Market) | A | Dividend | J | T | Sell | 01/06 | K | | Partial Sale |
| 29. BB&T Corp. | D | Dividend | M | T | | | | | |
| 30. Caterpillar Inc. | A | Dividend | J | T | | | | | |
| 31. Deere & Company | A | Dividend | J | T | | | | | |
| 32. Home Depot, Inc. | A | Dividend | K | T | | | | | |
| 33. Alliance Premier Growth Class B | D | Dividend | | | Sell | 01/06 | J | D | Total sale |
| 34. Scudder Dreman High Return - Class B | A | Dividend | K | T | | | | | |
| 35. Eaton Vance Worldwide Health Sciences - Class B | A | Dividend | K | T | | | | | |
| 36. Duke Energy | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Jack T | 8/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Exxon Mobil Corp. | A | Dividend | J | T | | | | | |
| 38. FPC CAP 1 Quarterly Income PFD SECS SERA | A | Dividend | J | T | | | | | |
| 39. Intel Corp. NFS, Inc. | A | Dividend | J | T | | | | | |
| 40. Microsoft Corp. NFS, Inc. | C | Dividend | J | T | | | | | |
| 41. WEC CAP TR | A | Dividend | | | Sell | 03/26 | J | C | Total sale |
| 42. Costco Wholesale Corp. | A | Dividend | L | T | | | | | |
| 43. GE Electric Co. | C | Dividend | J | T | Buy | 08/05 | J | C | |
| 44. Novartis AG ADR ISIN | A | Dividend | K | T | | | | | |
| 45. Kinder Morgan Energy Partners | A | Dividend | J | T | | | | | |
| 46. | | | | | | | | | |
| 47. USAA IRA | | | | | | | | | |
| 48. USAA Income Stock Fund | B | Dividend | J | T | | | | | |
| 49. | | | | | | | | | |
| 50. USAA-ETC | | | | | | | | | |
| 51. USAA Income Stock Fund | A | Dividend | J | T | | | | | |
| 52. | | | | | | | | | |
| 53. EDWARD JONES IRA - LIZ | | | | | | | | | |
| 54. Putnam Fund Growth & Income Class A | A | Dividend | J | T | Partial sale | 12/04 | J | B | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 8/29/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. VanKampen Capital Emerging Growth Fund Class A | A | Dividend | J | T | Partial sale | 12/04 | J | B | |
| 56. VanKampen American Capital Enterprise Fund Class A | A | Dividend | J | T | Partial sale | 12/04 | J | B | |
| 57. | | | | | | | | | |
| 58. PRUDENTIAL BACHE ACCT. | | | | | | | | | |
| 59. Treasury Coupon Bond | | None | K | T | | | | | |
| 60. Prudential Utility Fund Class A | A | Dividend | K | T | | | | | |
| 61. Prudential Equity Fund Class B | A | Dividend | J | T | | | | | |
| 62. Prudential Moneymart Assets Fund | A | Dividend | J | T | | | | | |
| 63. | | | | | | | | | |
| 64. USAA-CUSTODIAL | | | | | | | | | |
| 65. Income Stock Fund | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. SOUTHWEST GA. BANK - IRA | | | | | | | | | |
| 68. Coca-Cola (common stock) | A | Dividend | J | T | | | | | |
| 69. Deere & Co. (common stock) | A | Dividend | J | T | | | | | |
| 70. Southwest Georgia Financial Corp. (common stock) | C | Dividend | L | T | | | | | |
| 71. Cash - Southwest Ga. Bank | A | Interest | J | T | | | | | |
| 72. Savings - Southwest Ga. Bank | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | PI = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 8/29/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. Caterpillar | A | Dividend | J | T | | | | | |
| 74. | | | | | | | | | |
| 75. Associated Federal Employees Credit Union | A | Dividend | J | T | | | | | |
| 76. BB&T (formerly Century South) | A | Interest | J | T | | | | | |
| 77. BB&T (formerly First Citizens Bank) | A | Interest | K | T | | | | | |
| 78. Greison Trail Joint Venture | E | Rent | M | W | | | | | |
| 79. Nautilus Joint Venture | D | Rent | K | W | | | | | |
| 80. LL▓▓▓Coweta County, GA ▓▓acres) | F | SaleProceeds | L | W | Partial sale | 10/07 | L | | See add'tl comments |
| 81. LLs ▓▓▓Heard Co., Georgia ▓▓ acres) | | None | M | W | | | | | |
| 82. LLs ▓▓▓Coweta County, Georgia ▓▓ acres) | | None | K | W | | | | | |
| 83. LLs ▓▓▓Coweta Co., Georgia ▓▓acres) | | None | L | W | | | | | |
| 84. LL▓▓▓Coweta County, Ga ▓▓acres) | | None | K | W | | | | | |
| 85. LLs ▓▓▓Coweta County, GA ▓▓acres) | | None | K | W | | | | | |
| 86. Argicultural land, ▓▓▓Coweta Co., GA ▓▓▓es) | | None | M | W | | | | | |
| 87. LLs ▓▓▓Coweta County, Ga ▓▓cres) | | None | L | W | | | | | |
| 88. LLs ▓▓▓Coweta Cty. GA ▓▓cres) | | None | L | W | | | | | |
| 89. Handy Land & Timber, F.L.L.P., Coweta Cty., GA | | None | L | W | | | | | |
| 90. Rental Property #1, Coweta County, Ga ▓▓▓ | C | Rent | L | W | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Camp, Jack T | 8/29/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Rental Property #2, Coweta County, GA ███████ | A | Rent | M | W | | | | | |
| 92. Dekalb County Sewer & Revenue Bond | A | Interest | J | T | Redemption | 04/04 | J | A | Partial redemption |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 | | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Jack T | 8/29/2005 |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

The following explanation relates to Item No. 80 under VII. Investments and Trusts:

The partial sale reflects the sale of two parcels from the larger tract, leaving approximately ▮ acres.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Camp, Jack T | 8/29/2005 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪  Date _30 Aug 05_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544